UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:14-CV-00454-MBC |
| LARRY E. SNOW, | **DEFAULT JUDGMENT AGAINST DEFENDANT LARRY E. SNOW** |
| Defendant. | |

Upon consideration of the United States' Motion for Default Judgment as to Defendant Larry E. Snow, it is ORDERED that the motion is and be granted and it is ORDERED:

1. That the Court finds that Larry E. Snow has repeatedly and continually engaged in conduct subject to penalty under Internal Revenue Code sections 6694 and 6695, and that injunctive relief is appropriate under Code section 7407 to prevent recurrence of that conduct.

2. That the Court finds that Larry Snow has repeatedly and continually engaged in conduct subject to penalty under Internal Revenue Code section 6701, and that injunctive relief is appropriate under Code section 7408 to prevent recurrence of that conduct.

3. That the Court finds that Larry Snow has repeatedly and continually engaged in conduct that substantially interfered with the proper enforcement and administration of the internal revenue laws, and that injunctive relief is appropriate under Code section 7402(a) to prevent recurrence of that conduct.

4. That the Court finds that the allegations of the complaint in this action, which have been deemed admitted, together with the Declaration of Kimberly Iddon that the injunctive relief described below is appropriate to prevent the recurrence of such conduct.

5. That Larry Snow and any other person working at his direction, in concert, or in participation with him directly or indirectly are permanently enjoined from:

    a. preparing or filing federal tax returns, amended returns, or other tax-related documents and forms, including any electronically-submitted tax returns or tax-related documents, for any entity or person other than himself or his wife;

    b. assisting or advising in the preparation of federal tax returns and amended returns;

    c. understating taxpayers' liabilities as prohibited by Internal Revenue Code section 6694;

    d. engaging in other activity subject to penalty under Internal Revenue Code sections 6694, 6695(g), and 6701; and

    e. engaging in conduct that substantially interferes with the proper administration and enforcement of the tax laws.

7. That Snow contact, within 30 days of the Court's order, by United States mail and, if an e-mail address is known, by e-mail, all persons for whom he prepared, or assisted in preparing, federal tax returns to inform them of the permanent injunction entered against him;

8. That the United States is permitted to monitor Snow's compliance with the injunction, and to engage in post-judgment discovery in accordance with the Federal Rules of Civil Procedure;

9. That the Court will retain jurisdiction over this civil action for the purposes of enforcing the final injunction entered in this action.

Signed this 23rd day of September, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE